IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Columbia Gas v. 90.02 Acres

Hearing on: TSC

Date hearing held: 4/26/13

Before Judge Mark R. Hornak

| Counsel for Plaintiff | Stockman; Root |
|---|---|
| Counsel for Defendant | Kunselman; Echard |
| Court Reporter | KE |
| Law Clerk/Deputy Clerk | HW |
| Start time | 2:00 pm |
| End time | 2:22 pm |

**NOTED:**

- May 1, 2013 TSC cancelled.
- Order forthcoming